BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RONALD EGBERT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 11-0163 PSG |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | |
| RONALD EGBERT, | Honorable Paul S. Grewal |
| Defendant. | |

Defendant Ronald Egbert and the government, through their respective counsel, hereby stipulate that, subject to the Court's approval, the hearing in the above-captioned matter, presently scheduled for Friday, December 2, 2011 at 2:30 p.m., be continued to Friday, January 27, 2012, at 2:30 p.m. Investigation by the defense into Mr. Egbert's current and prior medical and psychiatric issues is ongoing. Mr. Egbert hopes to complete a recommended medical evaluation in December, which has been authorized by his treating clinicians. Additionally, undersigned defense counsel will be going on a leave of absence from work, and new counsel within the Federal Public Defender's Office will be handling this case.

The parties further agree that time should be excluded under the Speedy Trial Act for continuity of defense counsel, and because the ends of justice served by granting the requested

STIP. TO CONTINUE;
[PROPOSED] ORDER
No. CR 11-0163 PSG                     1

continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The parties therefore stipulate that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated: 11/22/11         /s/
LARA S. VINNARD
Assistant Federal Public Defender

Dated: 11/22/11         /s/
JEFF SCHENK
Assistant U.S. Attorney

# [PROPOSED] ORDER

The parties have jointly requested a continuance of the hearing set for Friday, December 2, 2011 at 2:30, to allow additional time for defense preparation and investigation, and for continuity of defense counsel. GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for December 2, 2011, be continued to Friday, January 27, 2012, at 2:30 p.m.

Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded under the Speedy Trial Act from December 2, 2011, to January 27, 2012. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Dated:         PAUL S. GREWAL
United States Magistrate Judge