1 GEOFFREY A. HANSEN
Acting Federal Public Defender
2 HEATHER R. ROGERS
Assistant Federal Public Defender
3 160 West Santa Clara Street, Suite 575
San Jose, CA 95113
4 Telephone: (408) 291-7753

5 Counsel for Defendant RONALD J. EGBERT

6

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

11 | UNITED STATES OF AMERICA,              ) No. CR 11-00163 PSG
                                         )
12 |             Plaintiff,                ) STIPULATION AND [~~PROPOSED~~]
                                         ) ORDER CONTINUING HEARING DATE
13 | vs.                                   ) AND EXCLUDING TIME UNDER THE
                                         ) SPEEDY TRIAL ACT
14 | RONALD J. EGBERT,                     )
                                         )
15 |             Defendant.                )
   |_____)

16

17                              **STIPULATION**

18      Defendant Ronald J. Egbert, by and through Assistant Federal Public Defender Heather

19 R. Rogers, and the United States, by and through Assistant United States Attorney Jeffrey

20 Schenk, hereby stipulate that, with the Court's approval, the status hearing currently set for

21 February 29, 2012, at 2:30 p.m., shall be continued to March 22, 2012, at 2:30 p.m.

22      The reason for the requested continuance is that the parties require additional time to

23 effectively prepare and investigate this case in anticipation of a resolution. In particular, the

24 parties are awaiting the Pre Trial Services officer's analysis of a potential diversion settlement

25 and require time to negotiate potential resolutions once that analysis has been done. The parties

26 therefore respectfully request a continuance to March 22, 2012, at 2:30 p.m.

Stipulation and [~~Proposed~~] Order Continuing
Hearing, Case No. CR 11-00163 PSG             1

1       The parties agree that the time between February 29, 2012, and March 22, 2012, may be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel.

Dated: February 28, 2012

_____/s/_____
HEATHER ROGERS
Assistant Federal Public Defender

Dated: February 28, 2012

_____/s/_____
JEFFREY SCHENK
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for February 29, 2012, at 2:30 p.m., shall be continued to March 22, 2012, at 2:30 p.m.

THE COURT FINDS that failing to exclude the time between February 29, 2012, and March 22, 2012, would unreasonably deny both counsel for the government and the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(B)(iv).

THE COURT FINDS that the ends of justice served by excluding the time between February 29, 2012, and March 22, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

//

//

1  THEREFORE, IT IS HEREBY ORDERED that the time between February 29, 2012, and

2 March 22, 2012, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C.

3 § 3161(h)(7)(A) and (B)(iv).

4  IT IS SO ORDERED.

5 Dated: February 2, 2012

  HON. PAUL S. GREWAL
6  United States Magistrate Judge